**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

RYAN WINDSOR, CWISS HOLDINGS,
LP, and ALCATRAZ MEDIA, INC.,
      Plaintiffs,

vs.

CITY INFO EXPERTS, LLC and
CHARLES THOMAS SCHMIDT,
      Defendants.

CIVIL ACTION FILE

NO.  1:21-cv-03434-LMM

**J U D G M E N T**

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of Plaintiffs' Motion for Attorney's Fees, and the court having **granted in part** said motion, it is

**Ordered and adjudged** that Plaintiffs recover from Defendants $7,851.94 as reasonable attorney's fees.

Dated at Atlanta, Georgia this 27th day of February, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By:  s./ T. Tran
     Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
February 27, 2024
Kevin P. Weimer
Clerk of Court

By:  s/ T. Tran
     Deputy Clerk